ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Triple Canopy, Inc. | ) ASBCA No.   62393 |
| | ) |
| Under Contract No.   W52P1J-11-D-0045 | ) |

APPEARANCE FOR THE APPELLANT:     Daniel J. Strouse, Esq.
　　　　　　　　　　　　　　　　　　Cordatis LLP
　　　　　　　　　　　　　　　　　　Arlington, VA


APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
　　　　　　　　　　　　　　　　　　Army Chief Trial Attorney
　　　　　　　　　　　　　　　　　　MAJ Mark T. Robinson, JA
　　　　　　　　　　　　　　　　　　Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 10, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62393, Appeal of Triple Canopy, Inc., rendered in conformance with the Board's Charter.

Dated:  November 10, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals